Patrick R. Leverty, Esq., NV Bar No. 8840
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, Nevada 89502
Ph. (775) 322-6636
Fax: (775) 322-3953
Email: pat@levertylaw.com

[Additional counsel on signature block]

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENISE DEANGELIS, derivatively on behalf of ANAVEX LIFE SCIENCES CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MISSLING, PETER DONHAUSER, JIONG MA, ATHANASIOS SKARPELOS, STEFFEN THOMAS, and CLAUS VAN DER VELDEN,<br><br>Defendants,<br><br>and<br><br>ANAVEX LIFE SCIENCES CORP.,<br><br>Nominal Defendant. | Case No.: 2:24-cv-00891-JCM-MDC<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** |

Plaintiff, DENISE DEANGELIS ("Deangelis"), by and through her attorneys, LEVERTY & ASSOCIATES LAW CHTD., submits the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and the Local Rules of the United States District Court for the District of Nevada, Local Rule 7.1-1.

The undersigned attorney of record for Plaintiff Deangelis certifies that, in addition to the named parties in the caption, the following have a direct pecuniary interest in the outcome of the case:

1. Anavex Australia Pty Limited – Australian Subsidiary of Anavex Life Sciences Corp.
2. Anavex Germany GmbH - German Subsidiary of Anavex Life Sciences Corp.
3. Anavex Canada Ltd. - Canadian Subsidiary of Anavex Life Sciences Corp.
4. BlackRock, Inc. – owns 6.8% of Anavex Life Sciences Corp.'s common stock, is listed on the New York Stock Exchange, and is located in New York, NY.
5. State Street Corporation – owns 7.1% of Anavex Life Sciences Corp.'s common stock and is an investment bank located in Boston, MA.
6. The Vanguard Group – owns 5% of Anavex Life Sciences Corp.'s common stock and is an investment management company located in Malvern, PA.

DATED: This 24th day of May 2024.            Respectfully submitted,

Of Counsel:                                  **LEVERTY & ASSOCIATES LAW CHTD.**

**THE BROWN LAW FIRM, P.C.**                 _____
Timothy Brown, Esq.                          Patrick R. Leverty, Esq.
767 Third Avenue, Suite 2501                 832 Willow St.
New York, NY 10017                           Reno, NV 89502
Tel: 516-922-5427                            Tel: 775-322-6636
Fax: 516-344-6204                            Fax: 775-322-3953

*Attorneys for Plaintiff*