Civil Action No. **2:24-cv-00891-JCM-MDC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*     **Anavex Life Sciences Corp.**
**was received by me on July 1, 2024**

☐ I personally served the SUMMONS IN A CIVIL ACTION; COMPLAINT; on the individual at  , , on  2:56 PM

☐ I left the service documents at the individual's residence or usual place of abode with    ,a person of suitable age and discretion who resides there, on *(date)*  , and mailed a copy to the individual's last known address; or

☑ I served the SUMMONS IN A CIVIL ACTION; COMPLAINT; to **Ana Gomes - Clerk, Registered Agent**, who is designated by law to accept service of process on behalf of **Anavex Life Sciences Corp.** on **July 1, 2024  2:56 PM** 'at 701 S Carson St Ste 200 Carson City NV, 89701.

☐ I returned the SUMMONS IN A CIVIL ACTION; COMPLAINT; unexecuted because;

☐ other *(specify):*

I declare under penalty of perjury that this information is true.

Date: July 2, 2024

*Server's signature*

**Annabel Navarro - R-2023-01649**
*Printed name and title*

**Contracted by**
**185 Martin St.**
**Reno, NV 89509**
**(775) 322-2424**
*Server's Address*



A0440-R178693