Patrick R. Leverty
**LEVERTY & ASSOCIATES LAW CHTD.**
832 Willow Street
Reno, NV 89502
Tel. 775.322.6636
Fax. 775.322.3953
Email: pat@levertylaw.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DENISE DEANGELIS, derivatively on behalf of ANAVEX LIFE SCIENCES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER MISSLING, PETER DONHAUSER, JIONG MA, ATHANASIOS SKARPELOS, STEFFEN THOMAS, and CLAUS VAN DER VELDEN, <br><br> Defendants, <br><br> and <br><br> ANAVEX LIFE SCIENCES CORP., <br><br> Nominal Defendant. | Case No.: 2:24-cv-00891-JCM-MDC |

## REQUEST TO THE CLERK OF THE COURT TO ENTER DEFAULT

Plaintiff Denise Deangelis ("Plaintiff"), by her undersigned attorneys, derivatively and on behalf of Nominal Defendant Anavex Life Sciences Corp. ("Anavex" or "Defendant"), hereby respectfully requests an entry of default against Defendant, pursuant to Federal Rule of Civil Procedure Rule 55(a) ("Rule 55"). In support thereof, Plaintiff states as follows:

1.  On May 13, 2024, Plaintiff filed a Complaint against Defendant and certain of its officers and directors for breaches of their fiduciary duties as directors and/or officers of Anavex, unjust

enrichment, abuse of control, gross mismanagement, waste of corporate assets, and violations of Section 14(a) of the Securities Exchange Act of 1934. *See* Affidavit of Patrick R. Leverty at ¶ 2. A true and correct copy of the Leverty Affidavit is attached hereto as Exhibit A.

2. Plaintiff effectuated service on Defendant at its registered agent, National Registered Agents, Inc., at 701 S. Carson Street, Suite 200, Carson City, NV 89701, on July 1, 2024. *See id*. The deadline for Defendant to answer or otherwise respond to the Complaint was July 22, 2024. *See id*.

3. Defendant has failed to plead or otherwise defend this action. *See* Leverty Affidavit at ¶ 3.

WHEREFORE, Plaintiff Denise Deangelis respectfully requests that the Clerk of Court enter a default against Nominal Defendant Anavex pursuant to Fed. R. Civ. P. 55(a).

Dated: September 26, 2024

Of Counsel:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: 516.922.5427
Facsimile: 516.344.6204
Email: tbrown@thebrownlawfirm.net

Respectfully submitted,

**LEVERTY & ASSOCIATES LAW CHTD.**

_____
Patrick R. Leverty
832 Willow Street
Reno, NV 89502
Tel. 775.322.6636
Fax. 775.322.3953
Email: pat@levertylaw.com
*Attorneys for Plaintiff*