Patrick R. Leverty
**LEVERTY & ASSOCIATES LAW CHTD.**
Reno Gould House
832 Willow Street
Reno, NV 89502
Tel. 775.322.6636
Fax. 775.322.3953
Email: pat@levertylaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DENISE DEANGELIS, derivatively on behalf of ANAVEX LIFE SCIENCES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER MISSLING, PETER DONHAUSER, JIONG MA, ATHANASIOS SKARPELOS, STEFFEN THOMAS, and CLAUS VAN DER VELDEN, <br><br> Defendants, <br><br> and <br><br> ANAVEX LIFE SCIENCES CORP., <br><br> Nominal Defendant. | Case No.: 2:24-cv-00891-JCM-MDC |

**AFFIDAVIT IN SUPPORT OF REQUEST TO THE CLERK OF THE COURT TO ENTER DEFAULT**

I, Patrick R. Leverty, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for Plaintiff in this action.

2. A complaint was filed herein on May 13, 2024, and service of process was personally had on defendant Anavex Life Sciences Corp. ("Defendant") at its registered agent, National Registered

---

REQUEST TO THE CLERK OF THE COURT TO ENTER DEFAULT

Agents, Inc., at 701 S. Carson Street, Suite 200, Carson City, NV 89701, on July 1, 2024. *See* ECF 5. The deadline for Defendant to answer or otherwise respond to the Complaint was July 22, 2024.

3. More than twenty-one days have elapsed since Defendant in this action was served, and Defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

4. In addition, the time period for Defendant to file a responsive pleading or otherwise take action with respect to this suit has not been extended or modified.

5. Upon information and belief, Defendant is not a minor or incompetent person.

6. Upon information and belief, Defendant is not currently in military service.

7. Accordingly, Defendant is in default.

Dated: September 26, 2024

_____
Patrick R. Leverty