Patrick R. Leverty
LEVERTY & ASSOCIATES LAW CHTD.
Reno Gould House
832 Willow Street
Reno, NV 89502
Tel. 775.322.6636
Fax. 775.322.3953
Email: pat@levertylaw.com

*Attorneys for Plaintiff*

[Additional counsel on signature block]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DENISE DEANGELIS, derivatively on behalf of ANAVEX LIFE SCIENCES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER MISSLING, PETER DONHAUSER, JIONG MA, ATHANASIOS SKARPELOS, STEFFEN THOMAS, and CLAUS VAN DER VELDEN, <br><br> Defendants, <br><br> and <br><br> ANAVEX LIFE SCIENCES CORP., <br><br> Nominal Defendant. | Case No.: 2:24-cv-00891-JCM-MDC <br><br> **STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO NOMINAL DEFENDANT ANAVEX LIFE SCIENCES CORP.'S OPPOSITION (ECF NO. 8) AND COUNTERMOTION (ECF NO. 11)** <br> **(First Request)** |

The parties to the above-captioned action hereby stipulate to extend the amount of time for plaintiff Denise Deangelis ("Plaintiff") to: (1) reply to Nominal Defendant Anavex Life Sciences Corp.'s ("Anavex" or the "Company") Response to Motion for Entry of Clerk's Default (the "Opposition") filed October 8, 2024 (ECF No. 8); and (2) respond to Anavex's separately filed Counter Motion for Scheduling Order filed October 9, 2024 (ECF No. 11) and in support thereof state as follows:

WHEREAS, on May 13, 2024, Plaintiff filed a Verified Shareholder Derivative Complaint on

behalf of Nominal Defendant Anavex in this Court alleging causes of action for breach of fiduciary duties, unjust enrichment, waste of corporate assets, gross mismanagement, abuse of control, and violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act") against defendants Christopher Missling ("Missling"), Peter Donhauser, Jiong Ma, Athanasios Skarpelos, Steffen Thomas, and Claus van der Velden (collectively, the "Individual Defendants," and together with Anavex, the "Defendants"), and against Defendant Missling for contribution under Sections 10(b) and 21D of the Exchange Act (ECF No. 1);

WHEREAS, on July 1, 2024, Plaintiff personally served Nominal Defendant Anavex (ECF No. 5);

WHEREAS, on September 26, 2024, Plaintiff filed a Request to the Clerk of the Court to Enter Default as to Anavex (ECF No. 7);

WHEREAS, on October 8, 2024, Anavex filed a Response to Motion for Entry of Clerk's Default (the "Opposition") (ECF No. 8);

WHEREAS, on October 9, 2024, Anavex separately filed a Counter Motion for Scheduling Order (the "Countermotion") (ECF No. 11);

WHEREAS, Plaintiff's current deadline to reply to the Opposition is October 15, 2024;

WHEREAS, Plaintiff's current deadline to respond to the Countermotion is October 23, 2024;

WHEREAS, counsel for Plaintiff and counsel for Anavex have met and conferred regarding the Opposition and Countermotion and the most efficient way to proceed and agree that a one-week extension of Plaintiff's deadline to reply to the Opposition, and a one-week extension of Plaintiff's deadline to respond to the Countermotion are reasonable, particularly given that this is the first stipulation for extension of time to file responses sought.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, that:

1. Plaintiff's deadline to reply to the Opposition shall be October 22, 2024.

2. Plaintiff's deadline to respond to the Countermotion shall be October 30, 2024.

                                         Respectfully submitted,

Dated: October 15, 2024         **LEVERTY & ASSOCIATES LAW CHTD.**

                                        */s/ Patrick Leverty*
                                        Patrick R. Leverty
                                        Reno Gould House
                                        832 Willow Street
                                        Reno, NV 89502
                                        Tel. 775.322.6636
                                        Fax. 775.322.3953
                                        Email: pat@levertylaw.com


                                        **THE BROWN LAW FIRM, P.C.**
                                        Timothy Brown
                                        767 Third Avenue, Suite 2501
                                        New York, NY 10017
                                        Telephone: 516.922.5427
                                        Facsimile: 516.344.6204
                                        Email: tbrown@thebrownlawfirm.net

                                        *Attorneys for Plaintiff*


Dated: October 15, 2024         **HOLLAND & HART LLP**

IT IS SO ORDERED:                */s/ Robert Cassity*
                                        Robert J. Cassity
                                        Erica C. Medley
                                        9555 Hillwood Drive, 2nd Floor
                                        Las Vegas, NV 89134

_____
Hon. Maximiliano D. Couvillier III    **K&L GATES LLP**
United States Magistrate Judge      Stephen G. Topetzes
Dated: 10-16-24                          Theodore L. Kornobis
                                        1601 K Street, NW
                                        Washington, DC 20006

                                        *Attorneys for Nominal Defendant Anavex Life Sciences Corp.*