1  Patrick R. Leverty
   LEVERTY & ASSOCIATES LAW CHTD.
2  Reno Gould House
   832 Willow Street
3  Reno, NV 89502
   Tel. 775.322.6636
4  Fax. 775.322.3953
   Email: pat@levertylaw.com
5
   *Attorneys for Plaintiff*
6
7  [Additional counsel on signature block]

8              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEVADA
9

10 | DENISE DEANGELIS, derivatively on behalf of ANAVEX LIFE SCIENCES CORP., | |
11 | | Case No.: 2:24-cv-00891-JCM-MDC |
12 | Plaintiff, | |
13 | vs. | |
14 | CHRISTOPHER MISSLING, PETER DONHAUSER, JIONG MA, ATHANASIOS SKARPELOS, STEFFEN THOMAS, and CLAUS VAN DER VELDEN, | **SECOND STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO NOMINAL DEFENDANT ANAVEX LIFE SCIENCES CORP.'S OPPOSITION (ECF NO. 8) AND COUNTERMOTION (ECF NO. 11)** |
   | Defendants, | |
   | and | **(Second Request)** |
   | ANAVEX LIFE SCIENCES CORP., | |
   | Nominal Defendant. | |

22  The parties to the above-captioned action hereby stipulate to extend the amount of time for plaintiff Denise Deangelis ("Plaintiff") to: (1) reply to Nominal Defendant Anavex Life Sciences Corp.'s ("Anavex" or the "Company") Response to Motion for Entry of Clerk's Default (the "Opposition") filed October 8, 2024 (ECF No. 8); and (2) respond to Anavex's separately filed Counter Motion for Scheduling Order filed October 9, 2024 (ECF No. 11) and in support thereof state as follows:

    WHEREAS, on May 13, 2024, Plaintiff filed a Verified Shareholder Derivative Complaint on

behalf of Nominal Defendant Anavex in this Court alleging causes of action for breach of fiduciary duties, unjust enrichment, waste of corporate assets, gross mismanagement, abuse of control, and violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act") against defendants Christopher Missling ("Missling"), Peter Donhauser, Jiong Ma, Athanasios Skarpelos, Steffen Thomas, and Claus van der Velden (collectively, the "Individual Defendants," and together with Anavex, the "Defendants"), and against Defendant Missling for contribution under Sections 10(b) and 21D of the Exchange Act (ECF No. 1);

WHEREAS, on July 1, 2024, Plaintiff personally served the registered agent of Nominal Defendant Anavex (ECF No. 5);

WHEREAS, on September 26, 2024, Plaintiff filed a Request to the Clerk of the Court to Enter Default as to Anavex (ECF No. 7);

WHEREAS, on October 8, 2024, Anavex filed a Response to Motion for Entry of Clerk's Default (the "Opposition") (ECF No. 8);

WHEREAS, on October 9, 2024, Anavex separately filed a Counter Motion for Scheduling Order (the "Countermotion") (ECF No. 11);

WHEREAS, on October 15, 2024, the parties jointly filed a Stipulation Extending Time for Plaintiff to Respond to Nominal Defendant Anavex Life Sciences Corp's Opposition (ECF No. 8) and Countermotion (ECF No. 11), requesting that the Court extend the deadline for Plaintiff to respond to both the Opposition and the Countermotion by one week, which the Court so ordered on October 16, 2024 (the "Order") (ECF Nos. 12, 13);

WHEREAS, pursuant to the Order, Plaintiff's current deadline to reply to the Opposition is October 22, 2024;

WHEREAS, pursuant to the Order, Plaintiff's current deadline to respond to the Countermotion is October 30, 2024;

WHEREAS, counsel for Plaintiff and counsel for Anavex have continued to meet and confer regarding the Opposition and Countermotion and the most efficient way to proceed and agree that a two-week extension of Plaintiff's deadline to reply to the Opposition, and a two-week extension of Plaintiff's deadline to respond to the Countermotion are reasonable while the parties continue to discuss next steps to be taken in the case.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, that:

1. Plaintiff's deadline to reply to the Opposition shall be November 5, 2024.
2. Plaintiff's deadline to respond to the Countermotion shall be November 13, 2024.

Dated: October 22, 2024

Respectfully submitted,

**LEVERTY & ASSOCIATES LAW CHTD.**

 /s/ Patrick Leverty
Patrick R. Leverty
Reno Gould House
832 Willow Street
Reno, NV 89502
Tel. 775.322.6636
Fax. 775.322.3953
Email: pat@levertylaw.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: 516.922.5427
Facsimile: 516.344.6204
Email: tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff*

Dated: October 22, 2024

**HOLLAND & HART LLP**

 /s/ Robert Cassity
Robert J. Cassity

SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO NOMINAL DEFENDANT ANAVEX LIFE SCIENCES CORP.'S OPPOSITION AND COUNTERMOTION

|  |  |
|---|---|
| 1 | Erica C. Medley |
| 2 | 9555 Hillwood Drive, 2nd Floor |
|  | Las Vegas, NV 89134 |
| 3 |  |
|  | **K&L GATES LLP** |
| 4 | Stephen G. Topetzes |
|  | Theodore L. Kornobis |
| 5 | 1601 K Street, NW |
| 6 | Washington, DC 20006 |

*Attorneys for Nominal Defendant Anavex Life Sciences Corp.*

**IT IS SO ORDERED**:

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED:   10/28/2024

---

4
SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO NOMINAL DEFENDANT ANAVEX LIFE SCIENCES CORP.'S OPPOSITION AND COUNTERMOTION