Patrick R. Leverty
**LEVERTY & ASSOCIATES LAW CHTD.**
Reno Gould House
832 Willow Street
Reno, NV 89502
Tel. 775.322.6636
Fax. 775.322.3953
Email: pat@levertylaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DENISE DEANGELIS, derivatively on behalf of ANAVEX LIFE SCIENCES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER MISSLING, PETER DONHAUSER, JIONG MA, ATHANASIOS SKARPELOS, STEFFEN THOMAS, and CLAUS VAN DER VELDEN, <br><br> Defendants, <br><br> and <br><br> ANAVEX LIFE SCIENCES CORP., <br><br> Nominal Defendant. | Case No.: 2:24-cv-00891-JCM-MDC |

**PLAINTIFF'S NOTICE OF CONSENT TO NOMINAL DEFENDANT ANAVEX LIFE SCIENCES CORP.'S REQUEST FOR NO DEFAULT**

Plaintiff Denise Deangelis ("Plaintiff"), by her undersigned attorneys, derivatively and on behalf of Nominal Defendant Anavex Life Sciences Corp. ("Anavex" or "Defendant"), hereby submits this Notice in response to Nominal Defendant Anavex Life Sciences Corp.'s Opposition to Plaintiff's Request to Clerk of Court for Entry of Default (ECF No. 8) ("Anavex's Response").

---

Plaintiff made a Request to the Clerk of the Court to Enter Default on September 26, 2024 (ECF No. 7). Without waiving any rights or arguments or conceding to any of the points discussed in Anavex's Response, Plaintiff hereby withdraws her request for an entry of default against Anavex, pursuant to Federal Rule of Civil Procedure Rule 55(a), and consents for the Court to set aside such request and issue no entry of default against Defendant, who has now appeared in this matter.

Dated: November 19, 2024

Of Counsel:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: 516.922.5427
Facsimile: 516.344.6204
Email: tbrown@thebrownlawfirm.net

Respectfully submitted,

**LEVERTY & ASSOCIATES LAW CHTD.**

 /s/ Patrick R. Leverty
Patrick R. Leverty
Reno Gould House
832 Willow Street
Reno, NV 89502
Tel. 775.322.6636
Fax. 775.322.3953
Email: pat@levertylaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2024, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF CONSENT TO NOMINAL DEFENDANT ANAVEX LIFE SCIENCES CORP.'S REQUEST FOR NO DEFAULT** with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

/s/Patrick Leverty
Patrick Leverty