1  William R. Ginn, NV Bar No. 6989
   LEVERTY & ASSOCIATES LAW, CHTD.
2  832 Willow Street
   Reno, NV 89502
3  Tel. 775.322.6636
   Fax. 775.322.3953
4  Email: bill@levertylaw.com

5  *Attorneys for Plaintiff*

6  [Additional counsel on signature block]

7
                    **IN THE UNITED STATES DISTRICT COURT**
8                     **FOR THE DISTRICT OF NEVADA**

9
   DENISE DEANGELIS, derivatively on behalf of
10 ANAVEX LIFE SCIENCES CORP.,

11        Plaintiff,                              Case No.: 2:24-cv-00891-JCM-MDC

12        vs.

13
   CHRISTOPHER MISSLING, PETER                    **FOURTH STIPULATION EXTENDING**
14 DONHAUSER, JIONG MA, ATHANASIOS                **TIME FOR PLAINTIFF TO RESPOND TO**
   SKARPELOS, STEFFEN THOMAS, and                 **NOMINAL DEFENDANT ANAVEX LIFE**
15 CLAUS VAN DER VELDEN,                          **SCIENCES CORP.'S OPPOSITION (ECF**
                                                  **NO. 8) AND COUNTERMOTION (ECF NO.**
16        Defendants,                             **11)**

17        and                                              **(Fourth Request)**

18
   ANAVEX LIFE SCIENCES CORP.,
19
          Nominal Defendant.
20

21
        The parties to the above-captioned action hereby stipulate to extend the amount of time for plaintiff
22
   Denise Deangelis ("Plaintiff") to: (1) reply to Nominal Defendant Anavex Life Sciences Corp.'s
23
   ("Anavex" or the "Company") Response to Motion for Entry of Clerk's Default (the "Opposition") filed
24
   October 8, 2024 (ECF No. 8); and (2) respond to Anavex's separately filed Counter Motion for Scheduling
25
   Order filed October 9, 2024 (ECF No. 11) and in support thereof state as follows:
26
        WHEREAS, on May 13, 2024, Plaintiff filed a Verified Shareholder Derivative Complaint on
27

28 THIRD STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO
   RESPOND TO NOMINAL DEFENDANT ANAVEX LIFE SCIENCES CORP.'S OPPOSITION AND
                                    COUNTERMOTION

behalf of Nominal Defendant Anavex in this Court alleging causes of action for breach of fiduciary duties, unjust enrichment, waste of corporate assets, gross mismanagement, abuse of control, and violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act") against defendants Christopher Missling ("Missling"), Peter Donhauser, Jiong Ma, Athanasios Skarpelos, Steffen Thomas, and Claus van der Velden (collectively, the "Individual Defendants," and together with Anavex, the "Defendants"), and against Defendant Missling for contribution under Sections 10(b) and 21D of the Exchange Act (ECF No. 1);

WHEREAS, on July 1, 2024, Plaintiff personally served the registered agent of Nominal Defendant Anavex (ECF No. 5);

WHEREAS, on September 26, 2024, Plaintiff filed a Request to the Clerk of the Court to Enter Default as to Anavex (ECF No. 7);

WHEREAS, on October 8, 2024, Anavex filed a Response to Motion for Entry of Clerk's Default (the "Opposition") (ECF No. 8);

WHEREAS, on October 9, 2024, Anavex separately filed a Counter Motion for Scheduling Order (the "Countermotion") (ECF No. 11);

WHEREAS, on October 15, 2024, the parties jointly filed a Stipulation Extending Time for Plaintiff to Respond to Nominal Defendant Anavex Life Sciences Corp's Opposition (ECF No. 8) and Countermotion (ECF No. 11), requesting that the Court extend the deadline for Plaintiff to respond to both the Opposition and the Countermotion by one week, which the Court so ordered on October 16, 2024 (ECF Nos. 12, 13);

WHEREAS, on October 22, 2024, the parties jointly filed a Second Stipulation Extending Time for Plaintiff to Respond to Nominal Defendant Anavex Life Sciences Corp.'s Opposition (ECF No. 8) and Countermotion (ECF No. 11), requesting that the Court extend the deadline for Plaintiff to respond to both the Opposition and the Countermotion by two weeks, which the Court so ordered on October 28, 2024

FOURTH STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO NOMINAL DEFENDANT ANAVEX LIFE SCIENCES CORP.'S OPPOSITION AND COUNTERMOTION

(the "Order") (ECF Nos. 14, 15);

WHEREAS, on November 5, 2024, the parties jointly filed a Third Stipulation Extending Time for Plaintiff to Respond to Nominal Defendant Anavex Life Sciences Corp.'s Opposition (ECF No. 8) and Countermotion (ECF No. 11), requesting that the Court extend the deadlines for Plaintiff to respond to both the Opposition and the Countermotion by one week, which would make the new deadlines November 12, 2024, and November 20, 2024, respectively (ECF No. 16);

WHEREAS, counsel for Plaintiff and counsel for Anavex have continued to meet and confer regarding the Opposition and Countermotion and the most efficient way to proceed and agree that a one-week extension of Plaintiff's deadline to reply to the Opposition, and a one-week extension of Plaintiff's deadline to respond to the Countermotion are reasonable to account for the parties' discussions on next steps to be taken in the case.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, that:

1. Plaintiff's deadline to reply to the Opposition shall be November 19, 2024.

2. Plaintiff's deadline to respond to the Countermotion shall be November 27, 2024.

Respectfully submitted,

Dated: November 12, 2024

**LEVERTY & ASSOCIATES LAW CHTD.**

 /s/  William R. Ginn
William R. Ginn, NV Bar No. 6989
832 Willow Street
Reno, NV 89502
Tel. 775.322.6636
Fax. 775.322.3953
Email: bill@levertylaw.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017

FOURTH STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO NOMINAL DEFENDANT ANAVEX LIFE SCIENCES CORP.'S OPPOSITION AND COUNTERMOTION

|   |   |
|---|---|
| 1 | Telephone: 516.922.5427 |
| 2 | Facsimile: 516.344.6204 |
|   | Email: tbrown@thebrownlawfirm.net |

*Attorneys for Plaintiff*

Dated: November 12, 2024

**HOLLAND & HART LLP**

 */s/ Robert J. Cassity*
Robert J. Cassity
Erica C. Medley
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

**K&L GATES LLP**
Stephen G. Topetzes
Theodore L. Kornobis
1601 K Street, NW
Washington, DC 20006

*Attorneys for Nominal Defendant Anavex Life Sciences Corp.*

**IT IS SO ORDERED**:

UNITED STATES MAGISTRATE JUDGE

DATED:  11-26-24