```
1  Patrick R. Leverty, NV Bar No. 8840
   William R. Ginn, NV Bar No. 6989
2  LEVERTY & ASSOCIATES LAW CHTD.
   Reno Gould House
3  832 Willow Street
   Reno, NV 89502
4  Tel. 775.322.6636
   Fax. 775.322.3953
5  Email: pat@levertylaw.com
```

*Attorneys for Plaintiff*

[Additional counsel on signature block]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DENISE DEANGELIS, derivatively on behalf of ANAVEX LIFE SCIENCES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER MISSLING, PETER DONHAUSER, JIONG MA, ATHANASIOS SKARPELOS, STEFFEN THOMAS, and CLAUS VAN DER VELDEN, <br><br> Defendants, <br><br> and <br><br> ANAVEX LIFE SCIENCES CORP., <br><br> Nominal Defendant. | Case No.: 2:24-cv-00891-JCM-MDC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAW COUNTERMOTION (ECF No. 11), ACCEPT SERVICE FOR DEFENDANT MISSLING, AND SUBMIT PROPOSED BRIEFING SCHEDULE** |

Plaintiff Denise Deangelis ("Plaintiff"), Defendant Christopher Missling ("Missling"), and Nominal Defendant Anavex Life Sciences Corp. ("Anavex" or the "Company" and together with Missling, "Defendants") (Plaintiff and Defendants, taken together, the "Parties") hereby stipulate as follows:

WHEREAS, on May 13, 2024, Plaintiff filed a Verified Shareholder Derivative Complaint (the

1  "Complaint") on behalf of Nominal Defendant Anavex in this Court alleging causes of action for breach of fiduciary duties, unjust enrichment, waste of corporate assets, gross mismanagement, abuse of control, and violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act") against Defendant Missling and Peter Donhauser, Jiong Ma, Athanasios Skarpelos, Steffen Thomas, and Claus van der Velden, and for contribution under Sections 10(b) and 21D of the Exchange Act against Defendant Missling (ECF No. 1);

WHEREAS, on July 1, 2024, Plaintiff personally served the registered agent of Nominal Defendant Anavex (ECF No. 5);

WHEREAS, on September 26, 2024, Plaintiff filed a Request to the Clerk of the Court to Enter Default as to Anavex (the "Default Request") (ECF No. 7);

WHEREAS, on October 8, 2024, Anavex filed a Response to Motion for Entry of Clerk's Default (the "Opposition") (ECF No. 8);

WHEREAS, on October 9, 2024, Anavex separately filed a Counter Motion for Scheduling Order (the "Countermotion") (ECF No. 11);

WHEREAS, on October 15, 2024, October 22, 2024, and November 5, 2024, the Parties stipulated to extend the amount of time for Plaintiff to respond to the Opposition and Countermotion, which stipulations the Court so ordered on October 16, 2024, October 28, 2024, and November 8, 2024, respectively (ECF Nos. 12, 13, 14, 15, 16, and 17);

WHEREAS, on November 19, 2024, Plaintiff filed a Notice of Consent to Nominal Defendant Anavex Life Sciences Corp.'s Request for No Default, withdrawing the Default Request and "consent[ing] for the Court to set aside such request and issue no entry of default against Anavex" (ECF No. 19);

WHEREAS, on November 25, 2024, the Court entered a Minute Order: (1) finding good cause to grant Plaintiff's request for withdrawal of the Default Request; and (2) ordering that Plaintiff's Default Request was denied without prejudice (ECF No. 20);

WHEREAS, Plaintiff's current deadline to respond to the Countermotion is November 27, 2024;

WHEREAS, the Parties have met and conferred regarding the Countermotion and the most efficient way to proceed and agree that: (1) Anavex will withdraw the Countermotion; (2) Holland & Hart LLP ("H&H") and K&L Gates LLP ("K&L") will accept service of process for Defendant Missling; (3) the Parties will submit to the Court a proposed briefing schedule ("Proposed Stipulation") regarding a motion to dismiss by January 15, 2025; (4) Defendants shall not be required to respond to the Complaint until the date set in the Court's ruling on the Proposed Stipulation; and (5) the Parties reserve all rights and defenses.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, that:

1. Anavex hereby withdraws the Countermotion;

2. H&H and K&L hereby accept service of process for Defendant Missling;

3. The Parties agree to submit to the Court the Proposed Stipulation regarding a motion to dismiss by January 15, 2025;

4. Defendants shall not be required to respond to the Complaint until the date set in the Court's ruling on the Proposed Stipulation; and

5. The Parties reserve all rights and defenses.

Dated: November 27, 2024

Respectfully submitted,

**LEVERTY & ASSOCIATES LAW CHTD.**

 /s/ William R. Ginn
Patrick R. Leverty
William R. Ginn
Reno Gould House
832 Willow Street
Reno, NV 89502
Tel. 775.322.6636
Fax. 775.322.3953
Email: pat@levertylaw.com

JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAW COUNTERMOTION (ECF No. 11), ACCEPT SERVICE FOR DEFENDANT MISSLING, AND SUBMIT PROPOSED BRIEFING SCHEDULE

|   |   |
|---|---|
|   | **THE BROWN LAW FIRM, P.C.**<br>Timothy Brown<br>767 Third Avenue, Suite 2501<br>New York, NY 10017<br>Telephone: 516.922.5427<br>Facsimile: 516.344.6204<br>Email: tbrown@thebrownlawfirm.net<br><br>*Attorneys for Plaintiff* |
| Dated: November 27, 2024 | **HOLLAND & HART LLP**<br><br> /s/  Robert J. Cassity<br>Robert J. Cassity<br>Erica C. Medley<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br><br>**K&L GATES LLP**<br>Stephen G. Topetzes<br>Theodore L. Kornobis<br>1601 K Street, NW<br>Washington, DC 20006<br><br>*Attorneys for Nominal Defendant Anavex Life Sciences Corp.* |

**IT IS SO ORDERED**:

UNITED STATES MAGISTRATE JUDGE

DATED:  11-27-24