Robert J. Cassity (9779)
Erica C. Medley (13959)
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bcassity@hollandhart.com
ecmedley@hollandhart.com

Stephen G. Topetzes (*pro hac vice*)
Theodore L. Kornobis (*pro hac vice*)
**K&L GATES LLP**
1601 K Street, NW
Washington, DC  20006
Tel: (202) 778-9180
Fax: (202) 778-9100
stephen.topetzes@klgates.com
ted.kornobis@klgates.com

*Attorneys for Defendant Christopher Missling and Nominal Defendant Anavex Life Sciences Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENISE DEANGELIS, derivatively on behalf of ANAVEX LIFE SCIENCES CORP., | Case No.: 2:24-cv-00891-JCM-MDC |
| Plaintiff, | **STIPULATION FOR TEMPORARY STAY OF PROCEEDINGS** |
| v. | |
| CHRISTOPHER MISSLING, PETER DONHAUSER, JIONG MA, ATHANASIOS SKARPELOS, STEFFEN THOMAS, and CLAUS VAN DER VELDEN, | |
| Defendants. | |
| and | |
| ANAVEX LIFE SCIENCES CORP., | |
| Nominal Defendant. | |

Plaintiff Denise Deangelis ("Plaintiff"), Defendant Christopher Missling ("Missling"), and

Nominal Defendant Anavex Life Sciences Corp. ("Anavex" or the "Company" and together with

1

Missling, "Defendants") (Plaintiff and Defendants, taken together, the "Parties") hereby stipulate as follows:

WHEREAS, on November 27, 2024, the Parties filed a Joint Stipulation to withdraw Anavex's Countermotion for a briefing schedule, accept service of process for Defendant Missling, and set a deadline for the parties to submit a briefing schedule on a motion to dismiss. *See* ECF No. 22;

WHEREAS, the Court approved the Joint Stipulation on November 27, 2024, setting a deadline of January 15, 2025 for the parties to submit a proposed stipulation regarding briefing. *See* ECF No. 23;

WHEREAS, the Parties have met and conferred regarding the most efficient manner to proceed in this matter given the pendency of a motion to dismiss in a class action pending in the United States District Court for the Southern District of New York, *Huey v. Anavex Life Sciences Corporation*, No. 1:24-cv-01910-CM (the "*Huey* Action"); and

WHEREAS, in an effort to proceed in the most efficient manner, the Parties agree that it would save judicial and party resources to temporarily stay this action in its entirety pending the resolution of defendants' motion to dismiss in the *Huey* Action.

WHEREFORE, the Parties hereby agree, stipulate, and respectfully request that the Court enter an order as follows:

1.  This action is stayed in its entirety (including all discovery) until the resolution of defendants' motion to dismiss in the *Huey* Action.

2.  Defendants shall promptly notify Plaintiff of any derivative action filed on behalf of Anavex of which Defendants become aware and that asserts claims substantially the same as those asserted in this action ("Related Derivative Actions").

2

3. Plaintiff has the option to terminate the stay if a Related Derivative Action is not stayed for a similar or longer duration than this action by giving 14 days' notice to counsel for Defendants via email.

4. During the stay, Plaintiff may amend the complaint to the extent otherwise permitted by the Federal Rules of Civil Procedure, but Defendants shall not be required to respond to any amended complaint during the pendency of the stay.

5. The Parties will submit a stipulation to this Court regarding the briefing schedule for a motion to dismiss within 30 days of the court's decision on defendants' pending motion to dismiss in the *Huey* action or upon termination of the stay as provided above.

**IT IS SO STIPULATED.**

Dated: January 15, 2025                    **HOLLAND & HART LLP**

    */s/ Robert J. Cassity*
Robert J. Cassity
Erica C. Medley
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

**K&L GATES LLP**
Stephen G. Topetzes
Theodore L. Kornobis
1601 K Street, NW
Washington, DC 20006

*Attorneys for Defendant Christopher Missling and Nominal Defendant Anavex Life Sciences Corp.*

Dated: January 15, 2025                    **LEVERTY & ASSOCIATES LAW CHTD.**

    */s/ Patrick R. Leverty*
Patrick R. Leverty
Reno Gould House
832 Willow Street

3

Reno, NV 89502
Tel. 775.322.6636
Fax. 775.322.3953
Email: pat@levertylaw.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: 516.922.5427
Facsimile: 516.344.6204
Email: tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED:  January 22, 2025

34033772_v1