Robert J. Cassity (9779)
Erica C. Medley (13959)
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bcassity@hollandhart.com
ecmedley@hollandhart.com

Stephen G. Topetzes (*pro hac vice*)
Theodore L. Kornobis (*pro hac vice*)
**K&L GATES LLP**
1601 K Street, NW
Washington, DC  20006
Tel: (202) 778-9180
Fax: (202) 778-9100
stephen.topetzes@klgates.com
ted.kornobis@klgates.com

*Attorneys for Defendant Christopher Missling and Nominal Defendant Anavex Life Sciences Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENISE DEANGELIS, derivatively on behalf of ANAVEX LIFE SCIENCES CORP., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER MISSLING, PETER DONHAUSER, JIONG MA, ATHANASIOS SKARPELOS, STEFFEN THOMAS, and CLAUS VAN DER VELDEN, <br><br> Defendants. <br><br> and <br><br> ANAVEX LIFE SCIENCES CORP., <br><br> Nominal Defendant. | Case No.: 2:24-cv-00891-JCM-MDC <br><br> **STIPULATION FOR TEMPORARY STAY OF PROCEEDINGS** |

Plaintiff Denise Deangelis ("Plaintiff"), Defendant Christopher Missling ("Missling"), and Nominal Defendant Anavex Life Sciences Corp. ("Anavex" or the "Company" and together with Missling, "Defendants") (Plaintiff and Defendants, taken together, the "Parties") hereby stipulate as follows:

1

WHEREAS, on January 15, 2025, the Parties filed a Joint Stipulation for Temporary Stay of Proceedings to temporarily stay briefing on Defendants' anticipated motion to dismiss, pending resolution of a motion to dismiss in a class action pending in the United States District Court for the Southern District of New York, *Huey v. Anavex Life Sciences Corporation*, No. 1:24-cv-01910-CM (the "*Huey* Action"). See ECF No. 24;

WHEREAS, the Court approved the Joint Stipulation on January 22, 2025. *See* ECF No. 25;

WHEREAS, on June 18, 2025, the United States District Court for the Southern District of New York granted the defendants' motion to dismiss the *Huey* Action with prejudice;

WHEREAS, on July 17, 2025, the plaintiff in the *Huey* Action filed a notice of appeal and the appeal is currently pending before the United States Court of Appeals for the Second Circuit; and

WHEREAS, in an effort to proceed in the most efficient manner, the Parties agree that it would save judicial and party resources to continue the temporary stay this action in its entirety pending the disposition of the appeal in the *Huey* Action.

WHEREFORE, the Parties hereby agree, stipulate, and respectfully request that the Court enter an order as follows:

1. This action is stayed in its entirety (including all discovery) until forty-five (45) days after disposition of the appeal in the *Huey* Action.

2. Defendants shall promptly notify Plaintiff of any derivative action filed on behalf of Anavex of which Defendants become aware and that asserts claims substantially the same as those asserted in this action ("Related Derivative Actions").

3. Plaintiff has the option to terminate the stay if a Related Derivative Action is not stayed for a similar or longer duration than this action by giving 14 days' notice to counsel for Defendants via email.

4. During the stay, Plaintiff may amend the complaint to the extent otherwise permitted by the Federal Rules of Civil Procedure, but Defendants shall not be required to respond to any amended complaint during the pendency of the stay.

2

5. The Parties will submit a stipulation to this Court regarding the briefing schedule for a motion to dismiss within 45 days of the disposition of the appeal of the court's decision on defendants' motion to dismiss in the *Huey* action or upon termination of the stay as provided above.

**IT IS SO STIPULATED.**

DATED this 11th day of September 2025.

| **HOLLAND & HART LLP** | **LEVERTY & ASSOCIATES LAW CHTD.** |
|---|---|
| */s/ Robert J. Cassity* <br> Robert J. Cassity (9779) <br> Erica C. Medley (13959) <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, NV 89134 <br><br> Stephen G. Topetzes (*pro hac vice*) <br> Theodore L. Kornobis (*pro hac vice*) <br> **K&L GATES LLP** <br> 1601 K Street, NW <br> Washington, DC 20006 <br><br> *Attorneys for Defendant Christopher Missling and Nominal Defendant Anavex Life Sciences Corp.* | */s/ Patrick R. Leverty* <br> Patrick R. Leverty (8840) <br> Reno Gould House <br> 832 Willow Street <br><br> **THE BROWN LAW FIRM, P.C.** <br> Timothy Brown <br> 767 Third Avenue, Suite 2501 <br> New York, NY 10017 <br><br> *Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 2, 2025

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2025, a true and correct copy of the foregoing **STIPULATION FOR TEMPORARY STAY OF PROCEEDINGS** was served by the following method(s):

☒ <u>Electronic</u>: by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on parties registered for electronic service.

| | |
|---|---|
| Patrick R. Leverty<br>**LEVERTY & ASSOCIATES LAW CHTD.**<br>Reno Gould House<br>832 Willow Street<br>Reno, NV 89502<br>Email: pat@levertylaw.com<br><br>*Attorneys for Plaintiffs* | Timothy Brown, Esq.<br>**THE BROWN LAW FIRM, P.C.**<br>767 Third Avenue, Suite 2501<br>New York, NY 10017<br><br>*Attorneys for Plaintiffs* |

/s/ Kristina R. Cole
An Employee of Holland & Hart LLP

34033772_v2

4