Robert J. Cassity (9779)
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bcassity@hollandhart.com

Stephen G. Topetzes (*pro hac vice*)
Theodore L. Kornobis (*pro hac vice*)
**K&L GATES LLP**
1601 K Street, NW
Washington, DC 20006
Tel: (202) 778-9180
Fax: (202) 778-9100
stephen.topetzes@klgates.com
ted.kornobis@klgates.com

*Attorneys for Defendant Christopher Missling and Nominal Defendant Anavex Life Sciences Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENISE DEANGELIS, derivatively on behalf of ANAVEX LIFE SCIENCES CORP.,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MISSLING, PETER DONHAUSER, JIONG MA, ATHANASIOS SKARPELOS, STEFFEN THOMAS, and CLAUS VAN DER VELDEN,<br><br>Defendants.<br><br>and<br><br>ANAVEX LIFE SCIENCES CORP.,<br><br>Nominal Defendant. | Case No.: 2:24-cv-00891-JCM-MDC<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Denise Deangelis ("Plaintiff"), Defendant Christopher Missling ("Missling"), and Nominal Defendant Anavex Life Sciences Corp. ("Anavex" or the "Company" and together with Missling, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree that this action shall be dismissed, without





HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

prejudice, with each party to bear his or its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 14th day of August 2026.

**HOLLAND & HART LLP**

*/s/ Robert J. Cassity*
Robert J. Cassity (9779)
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Stephen G. Topetzes (*pro hac vice*)
Theodore L. Kornobis (*pro hac vice*)
**K&L GATES LLP**
1601 K Street, NW
Washington, DC 20006

*Attorneys for Defendant Christopher Missling and Nominal Defendant Anavex Life Sciences Corp.*

**LEVERTY & ASSOCIATES LAW CHTD.**

*/s/ Patrick Leverty*
Patrick R. Leverty (8840)
3100 W Charleston Blvd., Suite 200
Las Vegas, NV 89102

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
1350 Avenue of the Americas, Suite 1200
New York, NY 10019

*Attorneys for Plaintiff*

IT IS SO ORDERED.

James C. Mahan

UNITED STATES DISTRICT JUDGE

Date: August 14, 2026